ground that he was illegally removed therefrom without a hearing upon due notice upon stated charges, contrary to section 22 of the Civil Service Law, the applicant being an honorably discharged soldier, having served in the army of the United States during the war with Spain. The defense is that the position was a personal and confidential one, and that the applicant's tenure ended by operation of law.

*Michael D. Nolan* and *Edward L. Nugent* for appellant.

*Herbert F. Roy* for respondent.

Order reversed, with costs in all courts, on the dissenting opinion of COCHRANE, J., below, and peremptory writ of mandamus granted.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, HOGAN and CARDOZO, JJ. Dissent, on opinion of WOODWARD, J., below: HISCOCK and CUDDEBACK, JJ.

---

In the Matter of the Claim of LOUIS CARBONE, Respondent, against GEORGE W. LOFT et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Matter of Carbone* v. *Loft,* 174 App. Div. 901, affirmed.
(Argued October 9, 1916; decided October 24, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 5, 1916, which affirmed an award of the state industrial commission under the Workmen's Compensation Law. Claimant while employed in a factory became involved in a verbal exchange of insulting language with a fellow-employee, as a result of which the latter violently assaulted claimant three-quarters of an hour later. In defending himself from the assault claimant sustained injuries.

*Edward P. Mowton* for appellants.

*Egburt E. Woodbury, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK and CARDOZO, JJ. Not voting: HOGAN, J.

---

In the Matter of the Claim of GUISEPPA DI PAOLO et al., Respondents, against THOMAS CRIMMINS CONTRACTING COMPANY et al., Appellants.

*Matter of Di Paolo* v. *Crimmins Contrg. Co.*, 173 App. Div. 988, affirmed.

(Submitted October 9, 1916; decided October 24, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 11, 1916, which affirmed an award of the state industrial commission under the Workmen's Compensation Law for the death of Vincenzo Di Paolo, who was employed by the defendant contracting company as a foreman on work being done in one of the Brooklyn subways. He was struck by a train and killed a few minutes after the close of his day's work. The question was as to whether the accident arose out of and in the course of his employment.

*George A. Blauvelt, Francis J. MacIntyre* and *Maurice J. O'Callaghan* for appellants.

*Egburt E. Woodbury, Attorney-General (E. C. Aiken* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ. Dissenting: WILLARD BARTLETT, Ch. J.